DONATO BACCARI, Appellant, *v.* LOUISE C. LYMAN, Respondent.

*Appeal — motion to dismiss appeal denied.*

Reported below, 210 App. Div. 846.

(Argued March 30, 1925; decided March 31, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1924, which reversed an order of the court at a Trial Term setting aside a verdict in favor of defendant and granting a new trial and directed judgment upon the verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Clarence S. Zipp* for motion.

*William A. Schacht* opposed.

Motion denied, without costs. Motion to amend notice of appeal and record granted, without costs.